# Third District Court of Appeal

## State of Florida

Opinion filed October 2, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0894
Lower Tribunal No. 23-10266-CC-05
_____

**Abner M. Contreras,**
Appellant,

vs.

**David Fernandez,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Abner M. Contreras, in proper person.

Law Offices of Robert P. Frankel, P.A., and Robert P. Frankel (Plantation), for appellee.

Before LINDSEY, MILLER, and GORDO, JJ.

PER CURIAM.

Before us on appeal is an order dismissing Appellant Abner M. Contreras's second amended complaint. The order merely states that the corrected motion to dismiss the second amended complaint "is granted." It neither contains words of finality nor enters a dismissal in Appellee David Fernandez's favor. Because this is not a final order capable of review, we lack jurisdiction to do so. Accordingly, we dismiss this appeal. See Henrion v. New Era Realty IV, Inc., 567 So. 2d 562, 563 (Fla. 4th DCA 1990) ("Once again we caution trial judges and attorneys alike that this court lacks jurisdiction over an order granting a motion to dismiss a complaint, when that order does not contain the requisite words of finality indicating that the cause is dismissed.").

Dismissed.